FIRST DEPARTMENT, July, 1990

(July 17, 1990)*

■ People v Rafael Andujar, Also Known as Raphael Anduhar.—Reargument denied for the reasons stated in this court's memorandum decision accompanying the order entered on April 17, 1990 (160 AD2d 403). Concur—Murphy, P. J., Carro, Kassal, Milonas and Wallach, JJ.

* Not published with other First Department decisions of July 17, 1990